UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BRENDA GEIGER, CLAUDIA SAMPEDRO, EVA PEPAJ, IRINA VORONINA, JESSICA BURCIAGA, JESSICA HINTON a/k/a JESSA HINTON, MASHA LUND a/k/a MALU LUND, RACHEL KOREN a/k/a RACHEL BERNSTEIN, SARA UNDERWOOD, LINA POSADA, and KATARINA VAN DERHAM, <br><br>            Plaintiffs, <br><br> v. <br><br> THE RACING STABLES d/b/a THE STABLES CLUB <br>            Defendant. | Case No. 4:21-cv-03523-RBH <br><br><br> NOTICE OF FILING PROOF OF SERVICE |

YOU WILL PLEASE TAKE NOTICE Plaintiffs filed a proof of service showing the Defendant in this matter was served via process server Mack Harrelson on November 20, 2021.

Respectfully,

/s/ Joshua E. Slavin
The Law Offices of Joshua E. Slavin
PO Box 762
Mount Pleasant, SC 29465
P: 843-619-7338
F: 888-246-8914
josh@attorneycarolina.com
Fed. Bar No. 12602

John V. Golazweski
New York Bar No. 4121091
*Pro Hac Vice Application Pending*
**THE CASAS LAW FIRM, P.C.**
1740 Broadway, 15th Floor
New York, New York 10019
(646) 872-3178
john@casaslawfirm.com

*Attorneys for Plaintiffs*

January 19, 2022
Mount Pleasant, SC

- 1 -